I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-16-12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BLAKE MORROW, | ) Case No. CV 12-1021-UA (JPR) |
| Plaintiff, | ) |
| vs. | ) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE ADMINISTRATIVELY CLOSED AS DUPLICATIVE |
| L.R. THOMAS et al., | ) |
| Defendants. | ) |

This action was transferred to this Court on January 31, 2012, from the Northern District of California, where it was originally filed on January 25, 2012. In it, Plaintiff appears to raise various civil rights claims pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), against three Defendants, L.R. Thomas, C. Peterson, and "C/O Sims," relating to the conditions of his confinement at the Metropolitan Detention Center in Los Angeles, in this district. Plaintiff has not been granted <u>in forma pauperis</u> status in this action.

In the meantime, on February 14, 2012, Plaintiff filed a very similar complaint against the same three Defendants (and three others) in this district, Case No. CV 12-0395-DOC (JPR), expanding upon his claims in this action. Plaintiff has been

1  granted in forma pauperis status in that case.  Given that Case
2  No. CV 12-1021-UA (JPR) raises essentially the same claims as
3  asserted against Defendants Thomas, Peterson, and Sims in Case
4  No. CV 12-0395-DOC (JPR), Petitioner is hereby ordered to show
5  cause why Case No. CV 12-1021-UA (JPR) should not be
6  administratively closed as duplicative and why Plaintiff should
7  not proceed solely in Case No. CV 12-0395-DOC (JPR).
8      In the meantime, Petitioner is directed to cease filing
9  documents in Case No. CV 12-1021-UA (JPR) and instead should file
10 any pleadings only in Case No. CV 12-0395-DOC (JPR), in the
11 Central District of California.  Plaintiff is further advised
12 that pursuant to Federal Rule of Civil Procedure 15(a)(1), he may
13 amend his Complaint only once as a matter or right, and pursuant
14 to Local Rule 15-2, any such amended complaint must "be complete
15 including exhibits" and "shall not refer to the prior, superseded
16 pleading."  Finally, Plaintiff is advised that he may not assert
17 claims on behalf of other inmates.  See Simon v. Hartford Life &
18 Accident Ins. Co., 546 F.3d 661, 664 (9th Cir. 2008).
19     IT THEREFORE IS ORDERED that on or before March 16, 2012,
20 Plaintiff should show cause why this Court should not
21 administratively close Case No. CV 12-1021-UA (JPR) as
22 duplicative and order that Plaintiff proceed solely in Case No.
23 CV 12-0395-DOC (JPR).  After the Court reviews Plaintiff's
24 response to this Order to Show Cause, it will determine whether
25 to order service of the Complaint in either action.
26
27 DATED: February 16, 2012            _____
28                                     JEAN P. ROSENBLUTH
                                       U.S. MAGISTRATE JUDGE

2